UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :        MISDEMEANOR
                                             INFORMATION
            v.                      :
                                             07 Cr. ___
FOUAD MOSLEH,                       :

                    Defendant.      :

- - - - - - - - - - - - - - - - - - - **08 CRIM  137**

<u>COUNT ONE</u>

The United States Attorney charges:

From in or about May 2007, up to and including in or about June 2007, in the Southern District of New York and elsewhere, FOUAD MOSLEH, the defendant, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, to wit, the United States Department of Agriculture, the value of which did not exceed $1,000, namely, MOSLEH fraudulently exchanged customers' food stamp benefits at Bashar Deli Grocery, 1126 Westchester Avenue, Bronx, New York 10459, for cash.

(Title 18, United States Code, Sections 641 and 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _FEB 20 2008_

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**FOUAD MOSLEH,**

**Defendant.**

## INFORMATION

07 Cr. ___

(Title 18, United States Code,
Sections 641 and 2.)

MICHAEL J. GARCIA
United States Attorney.